## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREN SARPOLIS** | : | |
| *Individually and as Administratrix of the Estate of* | : | |
| *Angela Anastacia Miller,* | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO.  13-5521** |
| | : | |
| **ALLAN TERESHKO et al,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

**AND NOW**, this ___ day of June, 2014, upon consideration of Defendants Post & Schell, P.C. and Heather Tereshko's Motion to Dismiss (Doc. 8); Defendant CHOP Newborn Care's Motion to Dismiss (Doc. 10); Defendant Trustees of the University of Pennsylvania's Motion to Dismiss (Doc. 11); Defendant Pennsylvania Professional Liability Joint Underwriting Association's Motion to Dismiss (Doc. 13); Defendant Community Health Systems, Inc.'s Motion to Dismiss (Doc. 21); Defendant Allan Tereshko's Motion to Dismiss (Doc. 22), and all responses thereto, **IT IS HEREBY ORDERED AND DECREED** that Defendants' motions are **GRANTED**.   Plaintiff's claims against the above-reference Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Live Message America, Inc.and Chestnut Hill Healthcare Medical Associates are **DISMISSED FOR LACK OF PROSECUTION**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, C. J.**